United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN VICTOR LAINEZ-FLORES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-549 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Juan Victor Lainez-Flores filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. He contests Respondents' ability to detain him without a bond hearing.

On October 26, 2026, counsel for Petitioner informed the Court that Petitioner was removed to Nicaragua and is no longer in the custody of Respondents. (Notice, Doc. 14) Petitioner's removal renders moot his habeas petition. As a result, it is:

**ORDERED** that Petitioner Juan Victor Lainez-Flores's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on October 27, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge